```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 42242
   DENISE S FIGUEROA
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-5363

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/15/2004 and was confirmed 03/31/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 11/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
ARONSON FURNITURE          SECURED             1080.00         140.85        1080.00
ARONSON                    NOTICE ONLY       NOT FILED            .00            .00
CHRYSLER FINANCIAL SVC A   SECURED            12055.83        1570.35       12055.83
AT&T                       UNSECURED         NOT FILED            .00            .00
BELL SOUTH                 UNSECURED         NOT FILED            .00            .00
BIL MAR MANAGEMENT LLC     UNSECURED         NOT FILED            .00            .00
CERTEGY CHECK SERVICES     UNSECURED         NOT FILED            .00            .00
CHECK INTO CASH INC        UNSECURED         NOT FILED            .00            .00
CINGULAR                   UNSECURED         NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED             960.00           .00         960.00
COMCAST                    UNSECURED         NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSECURED             844.77           .00         844.77
FRED ALLEN                 UNSECURED         NOT FILED            .00            .00
FRED ALLEN                 NOTICE ONLY       NOT FILED            .00            .00
CAPITAL SALES              FILED LATE          3253.51            .00            .00
GEICO INSURANCE            UNSECURED         NOT FILED            .00            .00
HOUSEHOLD BANK             UNSECURED         NOT FILED            .00            .00
NEGRON VERONICA & DAVID    UNSECURED         NOT FILED            .00            .00
NICOR GAS                  UNSECURED         NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED               .00            .00            .00
PUBLIC STORAGE INC         UNSECURED         NOT FILED            .00            .00
RUSH PRESBYTERIAN          UNSECURED         NOT FILED            .00            .00
AMERITECH GENERAL BUSINE   UNSECURED         NOT FILED            .00            .00
TCF BANK                   UNSECURED         NOT FILED            .00            .00
TRIAD FINANCIAL CORP       UNSECURED         NOT FILED            .00            .00
VILLAGE OF CHICAGO RIDGE   UNSECURED         NOT FILED            .00            .00
ARONSON FURNITURE          UNSECURED            507.03            .00         507.03
ARONSON FURNITURE          UNSECURED               .00            .00            .00
NEAL FELD                  REIMBURSEMENT         10.00            .00          10.00
NEAL FELD                  DEBTOR ATTY        2,675.00                       2,675.00
TOM VAUGHN                 TRUSTEE                                           1,230.85
DEBTOR REFUND              REFUND                                               49.36

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 42242 DENISE S FIGUEROA
```

```
       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                21,124.04

PRIORITY                                           10.00
SECURED                                        13,135.83
    INTEREST                                    1,711.20
UNSECURED                                       2,311.80
ADMINISTRATIVE                                  2,675.00
TRUSTEE COMPENSATION                            1,230.85
DEBTOR REFUND                                      49.36
                      ---------------      ---------------
TOTALS                 21,124.04                21,124.04
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 02/26/09                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE